# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Israel Hernandez,<br>a.k.a.: Israel Hernandez-Cruz,<br>(A095 782 709)<br>*Defendant* | Case No. 19-9363 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 1, 2019, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Israel Hernandez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 4, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, Jr., P.S. for AUSA Seth Goertz

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jose L. Collazo,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 18, 2019

_____
*Judge's signature*

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Jose L. Collazo, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer, with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 1, 2019, Israel Hernandez was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Hernandez was examined by ICE Officer Rayner who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 17, 2019, Hernandez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Hernandez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Israel Hernandez to be a citizen of Mexico and a previously deported criminal alien. Hernandez was removed from the United States to Mexico through Nogales, Arizona, on or about April 4, 2018, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Hernandez in any Department of Homeland Security database to suggest that

he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Hernandez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Israel Hernandez was convicted of Reentry of Removed Alien, a felony offense, on April 2, 2018, in the United States District Court, District of Arizona. Hernandez was sentenced to time served, and placed on supervised release for a period of thirty-six (36) months. Hernandez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 17, 2019, Hernandez was advised of his constitutional rights. Hernandez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 1, 2019, Israel Hernandez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 4, 2018, and not having obtained the express

\\\

\\\

\\\

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1).

_____
Jose L. Collazo,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 18th day of September, 2019.

_____
Eileen S. Willett,
United States Magistrate Judge

3